USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEMENT MASONS' LOCAL 780 PENSION FUND, BY ITS BOARD OF TRUSTEES MICHAEL RENDINA, PASQUALINO D'ANGELO, EDDIE BARBARIA, MICHAEL SALGO, JOSEPH MITRIONE AND KEVIN O'BRIEN, ANNUITY AND WELFARE FUNDS OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, BY THEIR BOARD OF TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE BARBARIA, DAVID GENTILLE, PASQUALINO D'ANGELO, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN, JOSEPH MITRIONE and DAVID RAMPONE, APPRENTICESHIP FUND OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS BOARD OF TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE BARBARIA, DAVID GENTILLE, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN and JOSEPH MITRIONE, LABOR MANAGEMENT COOPERATION FUND OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS BOARD OF TRUSTEES DALE ALLEYNE, EDDIE BARBARIA, MICHAEL RENDINA, PASQUALINO D'ANGELO, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN and JOSEPH MITRIONE, and LOCAL 780 OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA, ALF-CIO by its BUSINESS MANAGER/FIANCIAL SECRETARY MICHAEL RENDINA,

                Plaintiffs,

-against-

QUEST CONCRETE CORP.,

                Defendant.

25 Civ. 2098 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and

30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means.  It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants.  The parties are encouraged to engage in discovery through remote means at every available opportunity.

       SO ORDERED.

Dated: March 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge