```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2025
```

# BRADY McGUIRE & STEINBERG

| | | |
|---|---|---|
| MATTHEW G. McGUIRE<br>**PARTNER**<br><br>JAMES M. STEINBERG<br>**PARTNER**<br><br>PATRICK J. McHUGH<br>SENIOR COUNSEL<br><br>MARGARET DYMES<br>LEGAL ASSISTANT<br><br>―――<br><br>**CONNECTICUT OFFICE**<br>TELEPHONE (203) 403-2217 | ATTORNEYS-AT-LAW<br>220 WHITE PLAINS ROAD<br>SUITE 390<br>TARRYTOWN, NEW YORK 10591<br>TELEPHONE (914) 478-4293<br>FACSIMILE (914) 478-4142<br>WWW.BRADYMCGUIRESTEINBERG.COM<br>Direct EMAIL james@bradymcguiresteinberg.com | ROBERT D. BRADY<br>**RETIRED**<br><br>PETER T. SHERIDAN<br>OF COUNSEL<br><br>**LONG ISLAND OFFICE**<br>600 Old Country Road, Suite 450<br>Garden City, New York 11530<br><br>―――<br><br><br>@bmsunionlawyers |

June 12, 2025

<u>Via ECF Filing Only</u>

The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Cement Masons' Local 780 Pension Fund *et al.* v. Quest Concrete Corp.
             Civil Case No. 25-CV-2098 (AT)

Dear Judge Torres:

    Our office represents Plaintiffs Cement Masons' Local 780 Pension Fund, the Annuity, Welfare and Apprenticeship Funds of the Northeast District Council of the Operative Plasterers' and Cement Masons' International Association and Local 780 of the Operative Plasterers' and Cement Masons' International Association, AFL-CIO in connection with the above-referenced matter. The parties have made significant progress towards reaching an amicable resolution of this case and expect to finalize and execute a settlement agreement within the next two (2) weeks. Accordingly, we respectfully request that the deadline for filing the joint letter and proposed case management plan which are currently due on June 13, 20225, be extended until June 27, 2025 to afford the parties sufficient time to memorialize their settlement. Defendant's counsel, Brian L. Bank, joins in this request.

    Thank you for your attention to this matter.

    GRANTED.

    SO ORDERED.

    Dated: June 16, 2025
            New York, New York

                                                ANALISA TORRES
                                          United States District Judge