

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/17/2026

**BRIAN L. BANK**
PARTNER
(516) 357-3516
brian.bank@rivkin.com

March 16, 2026

**VIA ECF**
Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:   Local 780 Cement Masons Pension Fund v. Quest Concrete Corp.**
   **Docket No.: 25-cv-02098-AT (S.D.N.Y.)**

Dear Judge Torres:

This Firm represents Defendant Quest Concrete Corp. ("Defendant") in the above-referenced matter.  I write with the consent of counsel for Plaintiffs and pursuant to the Court's November 4, 2025 Civil Case Management Plan and Scheduling Order [D.E. 30] to provide the joint status report required by Paragraph 16 thereof.

By way of update:

- To date, the parties have served objections and responses to all discovery demands (interrogatories, document demands, requests for admission) exchanged to date.

- On March 2, 2026, Plaintiffs had a substitution of counsel.  Plaintiffs' new counsel is in the process of digesting the discovery record and respectfully requests that all deadlines (including the March 23, 2026 case management conference) be adjourned by four (4) weeks to allow them to get up to speed on the case.  Defendant does not object to this request.

- To date, no party has made a pre-motion conference request for an anticipated summary judgment motion.

- The parties will report back further regarding whether they want the case referred to a Magistrate Judge for a settlement conference once Plaintiffs' new counsel has the opportunity to finish digesting the discovery record.

66 South Pearl Street, 11th Floor    25 Main Street                                1301 Riverplace Boulevard    477 Madison Avenue         2649 South Road
Albany, NY 12207-1533         Court Plaza North, Suite 501       Jacksonville, FL 32207-9047    New York, NY 10022-5843    Poughkeepsie, NY 12601-6843
T 518.462 3000 F 518.462.4199    Hackensack, NJ 07601-7082         T 904.792.8925 F 904.467.3461    T 212.455.9555 F 212.687.9044    T 845.473.8100 F 845.473.8777
                    T 201.287.2460 F 201.489.0495



Honorable Analisa Torres, U.S.D.J.
March 16, 2026
Page 2


The Court's time and attention to this matter is appreciated.

<div style="margin-left:40%">

Respectfully submitted,
RIVKIN RADLER LLP

/s/ Brian L. Bank
Brian L. Bank

</div>

cc:    All counsel of record (via ECF)

GRANTED.  The case management conference currently scheduled for March23,2026 is ADJOURNED to **April 20, 2026,** at **2:00 p.m.**  By **April 13, 2026,** the parties shall provide a joint status update.  The Court understands that discovery has closed, and the deadline to file a pre-motion letter for summary judgment has therefore passed.  *See* ECF No. 30.  Should  the parties wish to move for summary judgment, they shall file pre-motion letters by **April 13, 2026**.  *See* Rule III(B), Individual Practices in Civil Cases.

SO ORDERED.

Dated:  March 17, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge