USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________________
DATE FILED: __7/9/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEMENT MASONS' LOCAL 780 PENSION FUND, BY ITS BOARD OF TRUSTEES MICHAEL RENDINA, PASQUALINO D'ANGELO, EDDIE BARBARIA, MICHAEL SALGO, JOSEPH MITRIONE AND KEVIN O'BRIEN, ANNUITY AND WELFARE FUNDS OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, BY THEIR BOARD OF TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE BARBARIA, DAVID GENTILLE, PASQUALINO D'ANGELO, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN, JOSEPH MITRIONE and DAVID RAMPONE, APPRENTICESHIP FUND OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS BOARD OF TRUSTEES DALE ALLEYNE, MICHAEL RENDINA, EDDIE BARBARIA, DAVID GENTILLE, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN and JOSEPH MITRIONE, LABOR MANAGEMENT COOPERATION FUND OF THE NORTHEAST DISTRICT COUNCIL OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION BY ITS BOARD OF TRUSTEES DALE ALLEYNE, EDDIE BARBARIA, MICHAEL RENDINA, PASQUALINO D'ANGELO, MICHAEL PATTI, MICHAEL SALGO, KEVIN O'BRIEN and JOSEPH MITRIONE, and LOCAL 780 OF THE OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA, ALF-CIO by its BUSINESS MANAGER/FIANCIAL SECRETARY MICHAEL RENDINA,

Plaintiffs,

-against-

QUEST CONCRETE CORP.,

Defendant.

25 Civ. 2098 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

The Court has been advised that all claims asserted herein have been settled in principle. ECF No. 47. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: July 9, 2026
New York, New York

ANALISA TORRES
United States District Judge